UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JENNIFER BENNETT, individually, and as
Personal Representative of the estate of
JAMES BLANCOCOTTO,

                     Plaintiffs,

      v.

STATE OF WASHNGTON, a State; CITY
OF LAKE STEVENS, A Municipality,
Mercedes Cruz, Nicole Law, Barbara
Shelman, Steven Ondrashek, Kerry
Bernhard, individually, and John/Jane Does
1-10,

                     Defendants.

No. 2:25-cv-00426-JHC

STIPULATED MOTION TO EXTEND
DISCOVERY CUTOFF & ORDER

Noting Date: June 1, 2026

The parties, by and through their undersigned counsel, hereby jointly request an order approving the parties' request for a short extension to the current June 18, 2026, discovery cutoff pursuant to Rules 6(b)(1) and 16(b) of the Federal Rules of Civil Procedure, LCR 16, and the current Scheduling Order. *See* Dkt. 25.

Fed. R. Civ. P. 6(b)(1) provides "[w]hen an act may or must be done within a specified time, the court may, ***for good cause***, extend the time:

> (A) with or without motion or notice if the court acts, or a request is made, before the original time or its extension expires; or

STIPULATED MOTION TO EXTEND DISCOVERY
CUTOFF & ORDER - 1
2:25-cv-00426-JHC

> (B) on motion made after the time has expired if the party failed to act *because of excusable neglect*.

Fed. R. Civ. P. 6(b)(1) (emphasis added.

Fed. R. Civ. P. 16(b)(4) also holds that a case schedule order may be modified "only for good cause and with the judge's consent."  The common law acknowledges this principle.

> In general, the pretrial scheduling order can only be modified "upon a showing of good cause." *Id*. at 608 (citing Fed. R. Civ. P. 16(b)). The pretrial schedule may be modified "if it cannot reasonably be met despite the diligence of the party seeking the extension." Id. at 609. If the party seeking the modification "was not diligent, the inquiry should end" and the motion to modify should not be granted. *Id*.

*Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002).

"Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).

There is no trial date set in this matter. The parties exchanged expert witness disclosures on May 11, 2026.  Counsel for Lake Stevens and the State of Washington have requested the depositions of Plaintiff's two expert witnesses, Russ Hicks and Mark Whitehill, Ph.D., as well as Plaintiff and the estate's five other statutory beneficiaries. The deposition of Dr. Whitehill is scheduled for June 18, 2026. However, undersigned counsel for the City of Lake Stevens and Kerry Bernhard is representing a former Seattle Police Officer with respect to a King County inquest proceeding that commences on June 1, 2026. Following that proceeding, he is set to start a two-to-three-week jury trial in Spokane County Superior Court. Following that, counsel for the Lake Stevens defendants will be representing two Seattle Police officers in another inquest proceeding from July 13-17, 2026. The parties have also been working diligently on written discovery and seasonably

STIPULATED MOTION TO EXTEND DISCOVERY
CUTOFF & ORDER - 2
2:25-cv-00426-JHC

supplementing answers their answers to it.

Due to the scheduling issues implicated by the inquest and trial, the remaining depositions will not be able to be completed by the current discovery cut-off date of June 18, 2026. The parties respectfully request a short extension of the discovery period to July 24, 2026. Given the lack of a trial date, this short extension will not have any adverse effect on the expeditious resolution of this case.

DATED:  June 1, 2026

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: /s/ Thomas P. Miller
    Thomas P. Miller, WSBA #34473
    Anthony S. Marinella, WSBA #55611
    *Attorneys for Defendants City of*
    *Lake Stevens and Kerry Bernhard*


LAW OFFICES OF EDWARD H MOORE PC


By: /s/ Edward H. Moore
    Edward H. Moore, WSBA # 41584
    *Attorney for Plaintiff*


EVANS, CRAVEN & LACKIE, P.S.


By: /s/ Carl P. Warring
    Carl P. Warring, #27164
    Andrew D. Brown, #58477
    *Attorneys for Defendant State of Washington*

STIPULATED MOTION TO EXTEND DISCOVERY
CUTOFF & ORDER - 3
2:25-cv-00426-JHC

*I certify that this memorandum contains 496 words, in compliance with the Local Civil Rules.*

## **ORDER**

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the discovery deadline be extended to July 24, 2026.  The other deadlines in this matter shall remain unchanged.

DATED: June 1, 2026.

John H. Chun
United States District Judge

STIPULATED MOTION TO EXTEND DISCOVERY
CUTOFF & ORDER - 4
2:25-cv-00426-JHC