UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JENNIFER BENNETT, individually, and as Personal Representative of the estate of JAMES BLANCOCOTTO,

Plaintiffs,

v.

STATE OF WASHNGTON, a State; CITY OF LAKE STEVENS, A Municipality, Mercedes Cruz, Nicole Law, Barbara Shelman, Steven Ondrashek, Kerry Bernhard, individually, and John/Jane Does 1-10,

Defendants.

No. 2:25-cv-00426-JHC

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE

Before the Court is the parties' Stipulated Motion to Extend Discovery Cutoff and Dispositive Motion Deadline.  Dkt. # 30.  Based on the motion, the Court ORDERS the discovery cutoff be extended to August 4, 2026, and the dispositive motion deadline be extended to August 21, 2026.

DONE this 15th day of July, 2026.

_John H. Chun_

John H. Chun
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATED
MOTION TO EXTEND DISCOVERY CUTOFF AND
DISPOSITIVE MOTION DEADLINE - 1
2:25-cv-00426-JHC