UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JENNIFER BENNETT, individually, and as Personal Representative of the estate of JAMES BLANCOCOTTO,

Plaintiffs,

v.

STATE OF WASHINGTON, a State; CITY OF LAKE STEVENS, a Municipality, and KERRY BERNHARD, individually,

Defendants.

No. 2:25-cv-00426-JHC

ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO ALLOW SUR-REBUTTAL REPORT OF RUSSELL HICKS

Before the Court is Plaintiff's Motion for Leave to Allow Sur-Rebuttal Report of Russell Hicks. Dkt. # 64. The Court has considered the materials filed in connection with the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendants at Dkt. # 64, the Court DENIES the motion.

DATED this 19th day of October, 2026.

John H. Chun
United States District Judge