UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

JENNIFER BENNETT, individually, and as Personal Representative of the estate of JAMES BLANCOCOTTO,

Plaintiffs,

v.

STATE OF WASHINGTON, a State; CITY OF LAKE STEVENS, a Municipality, and KERRY BERNHARD, individually,

Defendants.

No. 2:25-cv-00426-JHC

ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO ALLOW SUR-REPLY AND/OR SUPPLEMENTATION RE DEFENDANTS CITY OF LAKE STEVENS AND KERRY BERNHARD'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff's Motion for Leave to Allow Sur-Reply. Dkt. # 87. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Plaintiff may, by the end of the week, file the surreply attached to the motion to allow the Whitehill declaration proving the truth and correctness of the two Whitehill reports previously filed, and the court reporter's certificate from the Kerry Bernhard deposition, to be considered as a part of the summary judgment record as regards the summary judgment motion filed by Defendants Lake Stevens and Kerry Bernhard (Dkt. # 42). These Defendants may respond to the surreply on or before November 17, 2026; the response

may not exceed 2,100 words. The Court DIRECTS the Clerk to re-note the motion at Dkt. # 42 for November 17, 2026.

DATED this 10th day of November, 2026.

John H. Chun
United States District Judge